THOMPSON, APPELLEE, *v.* IRWIN COMPANY, APPELLANT.

[Cite as Thompson *v.* Irwin Co. (1988), 39 Ohio St. 3d 341.]

(No. 88-1413—Submitted September 21, 1988—Decided November 9, 1988.)

*James R. Nein,* for appellee.

*Rendigs, Fry, Kiely & Dennis* and *Edward R. Goldman,* for appellant.

Appellant's motion to certify the record is allowed. The judgment of the court of appeals is reversed on authority of *Van Fossen* v. *Babcock & Wilcox Co.* (1988), 36 Ohio St. 3d 100, 522 N.E. 2d 489.

MOYER, C.J., LOCHER, HOLMES, WRIGHT and H. BROWN, JJ., concur.

SWEENEY, J., dissents.

DOUGLAS, J., not participating.

CAMPBELL ET AL., APPELLANTS, *v.* BEST WESTERN MOTEL ET AL., APPELLEES.

[Cite as Campbell *v.* Best Western Motel (1988), 39 Ohio St. 3d 341.]

(No. 87-1824—Submitted October 5, 1988—Decided November 9, 1988.)

*Julien C. Renswick* and *Richard D. Stewart,* for appellants.

*Roetzel & Andress, Richard R. Strong* and *Drew Carson,* for appellees.

The judgment of the court of appeals is reversed and the cause is remanded to the trial court for further proceedings on authority of *Loyer* v. *Buchholz* (1988), 38 Ohio St. 3d 65, 526 N.E. 2d 300.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.